PER CURIAM.
Robert Joos appeals from the district court’s[1] judgment in favor of defendants following an evidentiary hearing in his 42 U.S.C. § 1983 action. We conclude the force employed against Joos in connection with his arrest was both de minimis and a reasonable response when Joos resisted officers’ attempts to effect his arrest and booking. We further conclude that the district court properly denied the remainder of Joos’s claims and that an extended discussion is unwarranted. Accordingly, we affirm.

. The Honorable H. Franklin Waters, Chief Judge, United States District Court for the Western District of Arkansas, adopting the report and recommendation of the Honorable Beverly R. Stites, United States Magistrate Judge for the Western District of Arkansas.